```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUIGI GIROTTO,                                    25-cv-381 (JGK)

           Plaintiff,                ORDER

   - against -

PHO AVENUE INC., ET AL.,

           Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was February 25, 2025. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **March 18, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **March 10, 2025.**

**SO ORDERED.**

Dated:   New York, New York
           March 4, 2025

                                       /s/ John G. Koeltl
                                           John G. Koeltl
                                United States District Judge