UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,

                      Plaintiff(s)

      -against-

PHO AVENUE INC., et al,

                      Defendant(s).
------------------------------------------------------------X

25 civ 381 (JGK)

**ORDER**

The conference scheduled for Wednesday, April 23, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 16, 2025