UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

                Plaintiff,        25-cv-381 (JGK)

    - against -                ORDER

PHO AVENUE INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 30, 2025.

SO ORDERED.

Dated:    New York, New York
           July 16, 2025

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge